**No. 43373.**—Protest 841968–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 33087 it was held that the rugs in question are not subject to the fee of 5 cents per square yard. Animal figures, silver-plated, were held dutiable at 50 percent under paragraph 339, *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) followed.

**No. 43374.**—Protests 685203–G, etc., of Sprouse-Reitz Co., Inc., et al. (Portland, Oreg.).

Opinion by DALLINGER, J. The record showed that the photo frames, antimony dishes, and other articles are similar to those the subject of Abstract 39482. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43375.**—Protest 557496–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of candelabra, candlesticks, boxes, bookends, holders, paper knives, and trays like those the subject of Abstracts 32324 and 30314. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43376.**—Protest 16076–K of Henry Amdur & Son, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 40681 the calendars in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43377.**—Protests 14866–K, etc., of S. Lisk & Bro. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) paperweights in chief value of metal, plated, were held dutiable at 50 percent under paragraph 339 and paperweights not plated were held dutiable at only 40 percent under the same paragraph.